IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-4020-04-CR-C-NKL |
| ) | |
| TASHA DEANNA WELLS, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to Count One is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

       s/ NANETTE K. LAUGHREY
       NANETTE K. LAUGHREY
       United States District Judge

Dated: January 25, 2011